ORIGINAL

FILED
JUN 27 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant

Case No. 08-470 C

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Alabama Aircraft Industries, Inc.-Birmingham ("AAII") (formerly known as Pemco Aeroplex Inc.) hereby respectfully moves this Court for leave to file the Complaint in the above-captioned matter under seal. The Complaint contains confidential and proprietary price and evaluation information that is competitively sensitive and should be protected from public scrutiny. It also contains information protected under orders issued by the U.S. Government Accountability Office ("GAO"). Under the authorization provided to AAII to use this information in the accompanying Complaint, AAII must file this Complaint under seal.

Pursuant to ¶ 4 of Appendix C of the Rules of the Court of Federal Claims, this motion and the Complaint are being filed simultaneously. In addition, pursuant to ¶ 6 of Appendix C, the Complaint has been highlighted in order to indicate confidential or proprietary information and a redacted version supplied for public viewing.

WHEREFORE, the AAII respectfully request that this motion be granted, and that the accompanying Complaint be filed under seal.

Dated: June 27, 2008

Respectfully Submitted,

David R. Hazelton
Kyle R. Jefcoat
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201

Attorneys for Alabama Aircraft Industries, Inc.-Birmingham