ORIGINAL

FILED
JUN 27 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM

Plaintiff,

v.

THE UNITED STATES,

Defendant

Case No. 08-470 C

**CORPORATE DISCLOSURE STATEMENT OF ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that Alabama Aircraft Industries, Inc. - Birmingham's ("AAII") parent corporation is Alabama Aircraft Industries, Inc. and no publicly held corporation owns more than 10% of the stock of Alabama Aircraft Industries, Inc.

Dated: June 27, 2008

Respectfully Submitted,

Kyle R. Jefcoat

David R. Hazelton
Kyle R. Jefcoat
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201

Attorneys for Alabama Aircraft Industries, Inc.-Birmingham