IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | BID PROTEST |
| | ) | |
| v. | ) | No. 08-470C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas K. Mickle, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4062
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas K. Mickle
Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 307-0383
FACSIMILE: (202) 353-7988
E-mail: Douglas.Mickle@usdoj.gov

Dated: June 27, 2008

**CERTIFICATE OF FILING**

I hereby certify that on June 27, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle