IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: June 27, 2008)

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff's Motion for Leave to File Complaint Under Seal, filed June 27, 2008. For good cause shown, plaintiff's motion is GRANTED.

s/ Charles F. Lettow
Judge