IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: June 27, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court will hold an initial conference in this case on July 3, 2008, commencing at 10:00 a.m. at the National Courts Building. The particular courtroom to be used will be listed in the lobby of the courthouse on the day of the proceeding.

s/ Charles F. Lettow
Judge