**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. *Plaintiff,* v. THE UNITED STATES OF AMERICA, *Defendant.* | **No. 08-470** **Judge Charles F. Lettow** |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that The Boeing Company has no parent corporation and that there are no publicly held corporations that own any stock of The Boeing Company.

Respectfully submitted,

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Counsel of Record for Intervenor,
The Boeing Company

Of counsel:
Rand L. Allen
Scott M. McCaleb
Kara M. Sacilotto
Nicole P. Wishart
Heidi L. Bourgeois
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
202.719.7000

Dated: July 1, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused copies of the foregoing Financial Interest Disclosure Statement to be served by hand delivery on the following:

David R. Hazelton
Latham & Watkins LLP
555 Eleventh St. NW.
Washington, DC 20004-1304

Douglas Mickle
Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 4062
Washington, DC 20530

Maj. Chris McMahon
United States Air Force
Air Force Legal Operations Agency
1501 Wilson Blvd.
Arlington, VA 22209-2403

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Dated: July 1, 2008