IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 3, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is The Boeing Company's Motion to Intervene, filed July 1, 2008.

For reasons stated at today's initial conference in the case, The Boeing Company's motion to intervene is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge