IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 3, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

SCHEDULING ORDER

An initial conference was held on July 3, 2008, at which the following schedule was set for further proceedings:

| Event | Deadline |
|---|---|
| Filing of administrative record | July 9, 2008 |
| Any motion by plaintiff to supplement the administrative record | July 11, 2008 |
| Paper copy of the administrative record | July 15, 2008 |
| Responses to any motion by plaintiff to supplement the administrative record | July 16, 2008 |
| Plaintiff's motion for judgment on the administrative record and supporting brief | July 28, 2008 |

| | |
|---|---|
| Defendant's and intervening defendant's cross-motions for judgment on the administrative record and responses to plaintiff's motion | August 11, 2008 |
| Plaintiff's responses to defendant's and intervening defendant's cross-motions for judgment on the administrative record and reply in support of its motion | August 22, 2008 |
| Defendant's and intervening defendant's replies in support of their cross-motions | August 29, 2008 |
| Hearing | September 4, 2008 at 2:00 p.m. |

The hearing shall be held at the National Courts Building to address the cross-motions for judgment on the administrative record. The particular courtroom to be used will be listed in the lobby of the courthouse on the day of the proceeding. The parties shall provide notice to the court prior to the hearing regarding whether they expect to call witnesses at the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Judge