**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# United States Court of Federal Claims

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM | ) | |
| | ) | |
| | ) | No. 08-470 |
| Plaintiff, | ) | |
| | ) | Judge Charles F. Lettow |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a consultant with Kroll, Inc., and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Latham & Watkins and will, under the direction and control of that firm, assist in the representation of Alabama Aircraft Industries, Inc. – Birmingham in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:
   a. a current resume describing my education and employment experience to date;
   b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;
   c. a statement of the services I am expected to perform in connection with this proceeding;
   d. a description of the financial interests that I, my spouse, and/or my family has in any entity

that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

e. a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

f. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for Program Depot Maintenance when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to the Department of the Air Force for Program Depot Maintenance nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

[signature]
Signature

James J. Check, Managing Director
Typed Name and Title

703.796.2870
Telephone Number

703.796.2851
Fax Number

July 7, 2008
Date Executed

[signature]
Signature of Attorney of Record

David R. Hazelton, Partner
Typed Name and Title

(202) 637-2254
Telephone Number

(202) 637-2201
Fax Number

July 7, 2008
Date Executed

KROLL

# James J. Check, CPA

**Managing Director**

+1 703 796 2870
jcheck@kroll.com

Two Freedom Square
11955 Freedom Drive
Suite 550
Reston, VA 20190
United States of America

James Check is a managing director in Kroll's Forensic Accounting and Litigation Consulting practice, specializing in investigations and government contractor advisory services. Jim has over 20 years of forensic accounting, litigation support, government contractor regulatory compliance, and auditing experience. Prior to joining Kroll, Jim spent four years with another consulting firm and 16 years with Arthur Andersen LLP, five years as a partner.

**Professional Experience**

**Government Contractor Advisory Services:**

- **Cost Accounting and Pricing.** Jim consults with government contractors on complex cost allocabilty and allowability matters. He assists contractors in interpreting and applying Cost Accounting Standards (CAS) and the Federal Acquisition Regulation (FAR) cost principles, preparing CAS disclosure statements, and developing compliant cost structures.
- **Compliance Reviews.** Jim works with companies in connection with assessing the adequacy of their internal processes, controls and self-governance programs on assignments including evaluating contractors' project cost accounting, financial reporting, labor charging, indirect cost accounting, material management and accounting, contract administration, purchasing and cost estimating systems.
- **Claims Pricing and Support.** Jim assists contractors with preparing requests for equitable adjustment, including the identification, analysis and pricing of changed work and associated delay and disruption claims. Additionally, he assists contractors in preparing termination settlement proposals, dealing with subcontractor claims and managing the settlement process.
- **Emerging Contractor Services.** Jim works with contractors to prepare cost proposals and incurred cost submissions, pursue bid protests, reengineer cost allocation systems and prepare for audits and negotiations.
- **Financial Reporting and Due Diligence.** Jim has audited the financial statements of government contractors, and has advised senior management and boards of directors on matters involving financial accounting and reporting and corporate governance. He also has worked with buyers on merger and acquisition due diligence reviews, including advising management with respect to the unique business, accounting, financial reporting and regulatory risks that impact government contractors.

KROLL

- **Training.** Jim has developed and instructed numerous training seminars for contractors on varied matters, such as CAS, FAR cost principles, labor charging and indirect cost accounting.

**Disputes and Investigations:**

- **Dispute Resolution.** Jim has substantial experience with respect to disputes and litigation. He has assisted clients in matters involving contract breach, contract claims, purchase price disputes, cost accounting disputes, business valuation and matters involving fraud and other misconduct. He has prepared and/or analyzed damages claims and advised companies and their legal counsel in preparing for trials and arbitration proceedings. He has also testified in mediation and arbitration proceedings.

- **Special Investigations.** Jim has conducted internal corporate investigations related to matters of alleged fraud and other misconduct. He has assisted companies in determining the nature and extent of the fraud and provided recommendations on improving internal controls. He has significant experience working with government contractors who have been accused of violating the False Claims Act. This experience includes investigating the alleged fraudulent activity and assessing potential damages. He also has experience leading investigations related to alleged violations of the Foreign Corrupt Practices Act.

**Education & Certifications**

- Pennsylvania State University, B.S., Accounting, with highest distinction
- Certified Public Accountant, licensed in Virginia and the District of Columbia

**Professional Affiliations**

- American Institute of Certified Public Accountants (AICPA)
- National Association of Corporate Directors
- American Bar Association Section of Public Contract Law, Associate Member

**James J. Check**
**A list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed:**

**Black & Veatch** – Cost accounting standards

**Dana Corp** – Proposal assistance

**FedEx** – Claim review

**General Dynamics** – Cost accounting matters

**KBR** – Procurement/cost/pricing consultation

**Northrop Grumman** – Breach of contract dispute

**PricewaterhouseCoopers** – Incurred cost submission

**Right Management** – Incurred cost submission

**AES** – Sarbanes-Oxley services

**Bowe Bell & Howell** – Indirect rate preparation

**CACI** – Cost accounting standards/FAR principles

**EADS North America Defense** – Cost accounting standards

**Lockheed Martin** – Litigation support

**Maximus** – Financial analysis regarding dispute with government

**NetApp** – Consultation regarding GSA schedule

**Bayer** – Proposal assistance

**Fortress Investment Group** – Forensic accounting investigation

**Huntleigh** – Claim preparation

**Pemco** – Bid protest

**Emergent BioSolutions** – Cost accounting standards

**URS** – Indirect rate consultation

**James J. Check**
**A statement of the services I am expected to perform in connection with this protest:**

I will assist counsel for Alabama Aircraft Industries, Inc. – Birmingham in reviewing and understanding the price/ cost data included within the information furnished as part of the agency report or otherwise known to counsel. In addition, I may prepare a report, declaration, or statement analyzing or commenting on cost/price data, or evaluation materials. I may also provide testimony regarding cost/price data or other evaluation materials.

James J. Check
A description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated:

NONE

**James J. Check**
**A list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, or had a protective order admission revoked, or been found to have violated a protective order issued by GAO or by an administrative or judicial tribunal; if none, I have so stated:**

**Admission granted:**

GAO Bid Protest – Pemco Aeroplex Inc., B-310372.3, March 21, 2008

GAO Bid Protest – Pemco Aeroplex Inc., B-310372, December 27, 2007

Lockheed Martin Corporation v. Boeing, U.S. District Court, Orlando, February 2004

Lockheed Martin Corporation v. L-3 Communications Corporation, Mediatech Inc., Kevin Speed, Steve Fleming, and Patrick St. Romain – Case No. 6:05-cv-1580-Orl-31KRS, United States District Court, Middle District of Florida, Orlando Division, July 2007

**James J. Check**
**A statement of the professional associations to which I belong, including membership numbers:**

**AICPA** – Member number: 02742596

**NACD** – Member number: 63761

**ABA** – Member number: 00259106