**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# United States Court of Federal Claims

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM | ) | |
| | ) | No. 08-470 |
| Plaintiff, | ) | Judge Charles F. Lettow |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a consultant with Kroll, Inc., and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Latham & Watkins and will, under the direction and control of that firm, assist in the representation of Alabama Aircraft Industries, Inc. – Birmingham in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:
   a. a current resume describing my education and employment experience to date;
   b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;
   c. a statement of the services I am expected to perform in connection with this proceeding;
   d. a description of the financial interests that I, my spouse, and/or my family has in any entity

that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

e. a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

f. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for Program Depot Maintenance when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to the Department of the Air Force for Program Depot Maintenance nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

Karl G. Rothman
Signature
Karl G. Rothman, Manager
Typed Name and Title
703.796.2847
Telephone Number
703.796.2851
Fax Number

July 7, 2008
Date Executed

Signature of Attorney of Record
David R. Hazelton, Partner
Typed Name and Title
(202) 637-2254
Telephone Number
(202) 637-2201
Fax Number

July 7, 2008
Date Executed

KROLL

# Karl Rothman, CPA

**Manager**

+1 703 796 2847
krothman@kroll.com

Two Freedom Square
11955 Freedom Drive
Suite 550
Reston, VA 20190
United States of America

Karl Rothman is a Manager with Kroll's Forensic Accounting and Litigation Consulting practice, resident in the firm's Reston, VA office. He provides forensic accounting and consulting services to companies in a range of industries. His experience also includes performing Sarbanes-Oxley and operational risk compliance reviews. Previously, Karl was a tax manager in a public accounting firm. He has also held controller and accounting manager positions in private industry. Karl is a Certified Public Accountant.

**Illustrative Professional Experience**

**Compliance Reviews and Forensic Accounting:**

- Karl managed a fraud-related investigation involving the alleged misappropriation of proprietary information utilized in attempt to secure a large defense contract. He reviewed and analyzed budget, revenue and pricing data related to the contract bid, interviewed relevant personnel and ultimately helped identify the nature and extent of fraudulent activity.
- Karl assisted a major government contractor in the performance of a compliance review which included reviews of time and expense reporting, subcontractor oversight, and overall project management. He managed a team of six consultants.
- Karl assisted a government contractor in the preparation of its Incurred Cost Submissions for multiple fiscal years. Specifically, he assisted with the creation of Schedule K's and Schedule I's, which detail the incurred costs and billings for government flexibly priced and cost-type contracts. The effort to manually reconcile over 2,000 contracts included verification of contractor information, review of contract files to determine customer and type, review of accounting system data to verify time and expenses, and review of billings to the government. He managed a team of six consultants.
- Karl analyzed the procurement practices of the federal government with respect to cost and price analysis on a major contract award, in connection with a bid protest effort. Based on this analysis, the GAO determined that the US Government had not complied with its own procurement criteria in awarding the contract and upheld the protest.

**Sarbanes-Oxley / Corporate Governance:**

- Karl has conducted an initial risk assessment identifying respective risks and controls for a number of businesses, covering human resources, payroll, general procurement and accounts payable, fixed asset management, general bank operations, and prepaid expenses. He has also conducted interviews with executives and business process owners to document existing controls, identify areas for improvement and develop best practice recommendations.

**Special Investigations:**

- Karl conducted an investigation involving the alleged hold back of unallowable

MMC Companies

KROLL

expenses on a multi-million dollar loan repayment. He reviewed and analyzed bank statements, invoices, sales orders and other data related to the loan and ultimately identified the unallowable expenses.

- Karl confirmed an accounting roll-up through gap analysis for a multi-national oil producer undergoing an SEC investigation for violations of the Foreign Corrupt Practices Act.

**Complex Accounting and Business Advisory:**

- Karl assisted a large professional services firm to ensure that revenue was reflected in an accurate and timely manner on an individual contract basis. He also reviewed contractual documents, contract status reports, and other contractual information to assess the appropriateness of the revenue recognition. Karl trained new consultants on the contract audit process and reviewed their work.
- Karl has created customized accounting systems for clients in various industries, including real estate, restaurants, and legal and has trained clients how to use these systems. In this regard, he created accounting system user manuals to document step-by-step procedures for clients. He has provided outsourced controller/accounting services to corporate clients involving tax planning, cash projections, budgeting, internal control review and implementation, payroll, accounts payable, accounts receivable, and bank reconciliations. He has also utilized forensic accounting methods to recreate financial histories from scratch for clients who had no formal accounting records or non-existent in-house accounting department. Karl prepared corporate, partnership, LLC and individual tax returns as required by local, state and federal taxing authorities. He conducted research and resolved various issues.

**Education**

- University of Virginia, B.A., Echols Scholar

**Professional Affiliations**

- American Institute of Certified Public Accountants
- Virginia Society of Certified Public Accountants

**Karl G. Rothman**
**A list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed:**

**Baker Hughes** – FCPA violation investigation

**Bearing Point** – Revenue recognition contract review

**PricewaterhouseCoopers** – Incurred cost submission

**Unisys** – Compliance review

**Lockheed Martin** – Litigation support

**Pemco Aeroplex** – Bid Protest Support

**Fortress Investment Group** – Revenue and expense verification

**Karl G. Rothman**
**A statement of the services I am expected to perform in connection with this protest:**

I will assist counsel for Alabama Aircraft Industries, Inc. – Birmingham in reviewing and understanding the price/ cost data included within the information furnished as part of the agency report or otherwise known to counsel.

**Karl G. Rothman**
**A description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed; if none, I have so stated:**

**NONE**

**Karl G. Rothman**

**A list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, or had a protective order admission revoked, or been found to have violated a protective order issued by GAO or by an administrative or judicial tribunal; if none, I have so stated:**

**Admission granted:**

GAO Bid Protest – Pemco Aeroplex Inc., B-310372.3, March 21, 2008

GAO Bid Protest – Pemco Aeroplex Inc., B-310372, December 27, 2007

Lockheed Martin Corporation v. L-3 Communications Corporation, Mediatech Inc., Kevin Speed, Steve Fleming, and Patrick St. Romain – Case No. 6:05-cv-1580-Orl-31 KRS, United States District Court, Middle District of Florida, Orlando Division, July 2007

**Karl G. Rothman**
**A statement of the professional associations to which I belong, including membership numbers:**

**AICPA** – Member number: 01678602

**VSCPA** – Member number: 44154