**FORM 10**
**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS**

# United States Court of Federal Claims

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. -- BIRMINGHAM, | ) | |
| Plaintiff, | ) | No. 08-470c |
| v. | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY EXPERT CONSULTANT OR WITNESS

1. I, the undersigned, am a Consultant with Patrick J. Killman, CPA and hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by Wiley Rein LLP and will, under the direction and control of Wiley Rein LLP, assist in the representation of The Boeing Company in this proceeding.

3. I hereby certify that I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of any party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

4. My professional relationship with the party for whom I am retained in this proceeding and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:
   a. a current resume describing my education and employment experience to date;
   b. a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;
   c. a statement of the services I am expected to perform in connection with this proceeding;
   d. a description of the financial interests that I, my spouse, and/or my family has in any entity

that is an interested party in this proceeding or whose protected information will be reviewed; if none, I have so stated;

e. a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated; and

f. a list of the professional associations to which I belong, including my identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected information produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for The Boeing Company when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal or submission to The Air Force nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

[signature] 7/7/08

Signature Date Executed

Patrick J. Killman, Consultant

Typed Name and Title

713-822-2767

Telephone Number

281-444-5476

Fax Number

[signature] 7/8/08

Signature of Attorney of Record Date Executed

Paul J. Khoury, Partner

Typed Name and Title

202-719-7346

Telephone Number

202-719-7049

Fax Number

Attachment to Application for Access to Materials
Under a Protective Order for Consultant
Alabama Aircraft Industries, Inc. v. United States
United States Court of Federal Claims (BID PROTEST)
Docket No. 08-470

NARRATIVE OF PATRICK J. KILLMAN
IN SUPPORT OF REQUEST
FOR ACCESS TO PROTECTED MATERIAL

I provide the following information:

(a) I have attached a current resume describing my education and employment experience to date (Attachment A).

(b) I have attached a list of all clients for whom I have performed work within the 2 years prior to the date of this application, and a brief description of the work performed (Attachment B).

(c) I will assist counsel for The Boeing Company in examining, understanding, and evaluating the cost and technical proposals or evaluation information furnished in response to this protest. I may, if requested, prepare a declaration discussing certain cost, technical or evaluation issues and/or provide testimony regarding cost, technical or evaluation issues in the event the Court requires a hearing.

(d) I have attached a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this protest or whose protected material will be reviewed (Attachment C).

(e) The following is a list identifying by name of forum, case number, date, and circumstances of all instances in which I have been granted admission to a protective order. I have never had a protective order admission revoked, or been found to have violated a protective order issued by GAO or by an administrative or judicial tribunal.

| Forum | Case Number | Date |
|---|---|---|
| GSA Bd. of Contract Appeals | *Chesapeake & Potomac Telephone Co.*, GSBCA No. 10331-P | October 1986 |
| U.S. District Court-Houston | U.S. *ex rel.* Johnson v. Shell Oil Co., Civil No. 9:96CV66 | November 2000 |
| U.S. District Court-Orlando | Lockheed Martin Corp. v. The Boeing Co., *et al.*, Case No. 6:03-CV-796-ORL-28-KRS | February 2004 |
| Texas St. District Court #127 | Allegiant, a Division of Telerent Leasing Corp. v. Noons, *et al.*, Civ. No. 2005-03242 | October 2006 |
| Government Accountability Office | Bid Protest of Sikorsky Aircraft Company, et al, GAO No. B-299145 | December 2006 |
| Government Accountability Office | Bid Protest of Booz Allen Hamilton, Inc., GAO No. B-299812 | June 2007 |
| Government Accountability Office | Bid Protest of Pemco Aeroplex, Inc., GAO No. B-310372 | October 2007 |
| Government Accountability Office | Bid Protest of ManTech International Corporation, GAO No. B-311074 | January 2008 |
| Government Accountability Office | Bid Protest of The Boeing Company, GAO No. B-311344 | March 2008 |

(f) I belong to the following professional associations:

| Professional Association | Membership Numbers |
|---|---|
| Texas Society of CPAs | 012445 |
| American Institute of CPAs | 01013702 |
| American Bar Association (Associate Member) | 00219635 |
| National Contract Management Association | 027976 |

**CERTIFICATION**

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct. I recognize that knowingly making a false statement on this application could render me liable to a $10,000 fine or 5 years imprisonment, or both, pursuant to 18 U.S.C. § 1001. I identify below the mailing address and facsimile number at which I may receive protected material in accordance with the terms of the protective order.

Patrick J. Killman (signature)
Signature

7/7/08
Date Executed

Patrick J. Killman
Typed Name and Title

13714 Leal Drive, Houston, Texas 77069
Mailing Address

(713) 822-2767
Direct Dial Telephone Number

(281) 444-5476
Facsimile Number

pjk7527@sbcglobal.net
E-mail Address

**ATTORNEY'S CERTIFICATION**

The consultant named above has been retained by me to assist in the representation of The Boeing Company in this protest and will perform his/her duties in connection with this protest under my direction and control.

Signature ________________ Date 7/8/08

Paul F. Khoury
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7346

**Attachment A**

# PATRICK J. KILLMAN, CPA

## CURRENT POSITION

Self Employed

## EDUCATION AND CERTIFICATIONS

- Graduated from Texas Tech University with a Bachelor of Business Administration degree with a major in Financial Administration.
- Studied Accounting, Economics and Finance.
- Certified Public Accountant in Texas.

## PROFESSIONAL AND BUSINESS HISTORY

Navigant Consulting Inc. – (2004-2006) a consulting firm providing litigation support services to clients

- Provided accounting and financial consulting including damage analysis and expert testimony on commercial and public contract matters.

Tucker Alan Inc. – (1994-2004) a consulting firm providing litigation support services to clients

- Provided accounting and financial consulting including damage analysis and expert testimony on commercial and public contract matters.

Peterson Consulting Limited Partnership - (1980-1994) a series of partnerships and companies - one of the founding partners in 1980.

- Provided accounting and financial consulting including damage analysis and expert testimony on commercial and public contract matters.

Arthur Andersen & Co., (1969-1980) – an international public accounting firm providing third-party financial statement audits, tax compliance and other consulting services.

- Provided consulting in a wide variety of areas including contract administration and contract pricing, cost determinations, lost profits, cost of capital, purchase investigations and mergers and acquisitions.

## SELECTED EXPERIENCE

### Government Contract Consulting Experience

Consulted on cost determination issues, including cost allocation, cost allowability and other government contract pricing issues.

Analyzed and prepared claims on government contracts including contract terminations with substantial experience in terminations for default converted to terminations for convenience, formal and constructive change orders, delays, disruptions and program accelerations. Work has included analyzing the schedule impact on projects from various events.

Performed substantial consulting and research on the Cost Principles in the Federal Acquisition Regulation, as well as the Cost Accounting Standards.

Performed financial statement and project cost audits of government contracting companies.

Government contract claims experience in bombers, helicopters, military buildings, ship construction and repair, aircraft modification, communication, electronics, missiles and ordnance.

### Construction Experience

Performed financial statement and project cost audits of long-term contracting companies.

Analyzed and prepared claims relating to long-term contracts including assessment of formal change orders, constructive change orders and the impact of delays, disruptions and accelerations.

Reviewed and analyzed various schedule issues as well as contract administration matters.

Construction claims experience on power plants, wastewater treatment plants, airports, hotels, office buildings and shipbuilding and ship repair.

### Economic, Operational, Damage and Accounting Experience

Conducted internal control reviews and evaluations of contract estimating, accounting, and reporting functions.

Analyzed the financial condition of corporations, partnerships and proprietorships; assessed financial statements, disclosures and other representations.

Performed damage studies and analyses under a variety of circumstances, including breach of contract, business interruption, fraud investigations, environmental, intellectual property, bankruptcy proceedings and other matters.

Analyzed and prepared numerous lost profits and increased costs claims, including studies of actual and projected revenues, cost of goods and services, indirect costs, general and administrative expenses, taxes, cost of capital and discount rates involving various assets, liabilities and equity.

Performed cost analyses relating to variety of business matters including cost allocation, cost identification, cost of government regulations and cost comparison studies.

Engagement experience in manufacturing, environment, sports team ownership, steel construction, oil and gas producers and refiners, electronics, among others.

**Utility and Power Plant Experience**

Utility consulting has included preparation and analysis of damage claims relating to the construction, operation and maintenance of power plants.

## TESTIMONY AND ALTERNATIVE DISPUTE RESOLUTION EXPERIENCE

Testimony and depositions in court and alternative dispute resolution before regulatory administrative board proceedings, such as the Armed Services Board Of Contract Appeals, U.S. District Courts of Texas, and State District Courts in Texas.

Testimony has covered cost accounting and other damage issues including lost profits and increased cost claims for regulated industries, environment, construction matters and commercial contract claims.

Participated in arbitrations and settlement negotiations presenting accounting, economic and business operations analyses and assisting in developing alternative methods to resolve disputes.

## PROFESSIONAL ASSOCIATIONS

American Institute of Certified Public Accountants

Texas Society of Certified Public Accountants

Associate Member of the American Bar Association

National Contract Management Association

**Attachment B**

**Patrick J. Killman, CPA**
**Client List-Two Preceding Years**

| Client | Work Description |
|---|---|
| John H. Bennett, Jr. | Calculation of implicit interest rates in hotel equipment leases |
| L-3 Communications | Assistance in measuring breach of contract damages |
| The Boeing Company | Review of the government's analysis of all offerors' prices in a bid protest |
| The Boeing Company | Analysis of closing accounting adjustments required to modify the transaction price in a business combination |
| The Boeing Company | Cost accounting assistance to support the preparation of a Request for Equitable Adjustment in the contract price |
| Booz Allen & Hamilton | Analysis of all offerors' pricing procedures in a bid protest |
| Computer Sciences Corp. | Review of incurred cost proposed as part of a Request for Equitable Adjustment in the contract price |
| Universities Space Research Association | Assistance in preparing a termination for convenience settlement proposal |
| United Medical Supply Company, Inc. | Assistance in preparing a damages estimate resulting from government breach of contract |
| ManTech International Corporation | Review of the government's cost risk analysis of offerors' prices in a bid protest |
| The Boeing Company | Review of the government's analysis of all offerors' prices in a bid protest |

## Attachment C

## Patrick J. Killman
## Financial Interests in Interested Parties

The Boeing Company-50 shares of common stock