**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. *Plaintiff,* | |
| v. | **No. 08-470** |
| THE UNITED STATES OF AMERICA, *Defendant, and* | **Judge Charles F. Lettow** |
| THE BOEING COMPANY, *Intervening Defendant.* | |

**THE BOEING COMPANY's**
**MOTION FOR LEAVE TO INCREASE NUMBER OF COPIES ALLOWED EACH PARTY UNDER THE PROTECTIVE ORDER**

Pursuant to Appendix C of the Rules of the United States Court of Federal Claims (RCFC), The Boeing Company (Boeing) hereby respectfully moves this Court for leave to increase the number of copies that each party is allowed under this Court's Protective Order in the above-captioned case. The Court issued a Protective Order on July 3, 2008 (Docket No. 15). Pursuant to the Protective Order, Section V, No. 13, "No party, other than the United States, may for its own use make more than three (3) copies of a protected document received from another party, except with the consent of all other parties." Counsel for Boeing has discussed with counsel for Alabama Aircraft Industries, Inc. (AAII) and counsel for the United States its request to increase the amount of copies

allowed to a total of eight (8) copies per party. Through written electronic mail, AAII agreed with this request, and the United States concurred.

WHEREFORE, Boeing respectfully requests that this motion be granted, and that the accompanying Proposed Order modifying the Court's Protective Order be issued.

Respectfully submitted,

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Counsel of Record for Intervenor,
The Boeing Company

Of counsel:
Rand L. Allen
Scott M. McCaleb
Kara M. Sacilotto
Nicole P. Wishart
Heidi L. Bourgeois
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
202.719.7000

Dated: July 7, 2008