**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

ALABAMA AIRCRAFT INDUSTRIES, INC.

*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Defendant, and*

THE BOEING COMPANY,

*Intervening Defendant.*

**No. 08-470**

**Judge Charles F. Lettow**

**PROPOSED ORDER**

Pending before the Court is The Boeing Company's Motion for Leave to Increase Number of Copies Allowed Each Party Under the Protective Order filed July 8, 2008. Having considered Boeing's Motion, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Judge Charles F. Lettow

Dated: