**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-470C** |
| | ) | **(Judge Lettow)** |
| **UNITED STATES,** | ) | |
| **Defendant, and,** | ) | |
| **THE BOEING COMPANY,** | ) | |
| **Intervening Defendant.** | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO**
**<u>FILE THE ADMINISTRATIVE RECORD ON DVD</u>**

Pursuant to Appendix E of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's July 3, 2008, defendant respectfully requests leave to file the administrative record utilizing a Digital Versatile Disc ("DVD"). This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our administrative record in this case will exceed the four megabyte ("MB") size limitation of electronic files and the 50 page limitation of printed documents provided in RCFC Appendix E and RCFC 5.4. The filing of the administrative record in this matter on a DVD was discussed during the Court's status conference on July 3, 2008, and the parties agreed to filing the record utilizing a DVD.

The administrative record consists of over 90 tabs and if printed would be several volumes.[1] This voluminous set of documents can most efficiently be delivered to the Court, the plaintiff, and the intervenor upon a DVD. This method will provide efficient and easy access to

---

[1] For example, we expect Tab 93 alone to consist of over 1,400 pages.

the record because we can submit the record in searchable format. More important, filing on a DVD provides the most efficient method for submission of the sealed version of the record. We will, however, deliver a paper courtesy copy to the Court pursuant to the Court's July 3, 2008 order and RCFC Appendix E, paragraph 10, by July 15, 2008. Defendant also will send a paper copy of the record to plaintiff's and intervenor's counsel, for their convenience.

For these reasons, defendant respectfully requests that this motion for leave to file on DVD be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

MAJ CHRISTOPHER L. McMAHON
Air Force Legal Operations Agency
Arlington, Virginia

KENNETH C. KITZMILLER
Tinker Air Force Base Legal Office
Oklahoma City, Oklahoma

July 9, 2008

**CERTIFICATE OF FILING**

I hereby certify that on July 9, 2008, a copy of the foregoing "**DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON DVD**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle