IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 14, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is defendant's Motion for Leave to File the Administrative Record on DVD, filed July 9, 2008. The motion is GRANTED, on condition that one courtesy paper copy is submitted to the Clerk's office for use of the court in chambers.

It is so ORDERED.

s/ Charles F. Lettow
Judge