IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 14, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is intervener The Boeing Company's Motion for Leave to Increase Number of Copies Allowed Each Party Under the Protective Order, filed July 8, 2008. The Protective Order issued on July 3, 2008, states that "No party, other than the United States, may for its own use make more than three (3) copies of a protected document received from another party, except with the consent of all other parties." The Boeing Company seeks a modification to this Order, increasing the number of copies allowed to eight per party. Plaintiff, Alabama Aircraft Industries, Inc., consents to this request. For good cause shown, this motion is GRANTED and Section V, ¶ 13 of the Protective Order is modified to state: "No party, other than the United States, may for its own use make more than eight (8) copies of a protected document received from another party, except with the consent of all other parties."

It is so ORDERED.

s/ Charles F. Lettow
Judge