**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-470C** |
| | ) | **(Judge Lettow)** |
| **UNITED STATES,** | ) | |
| **Defendant, and,** | ) | |
| **THE BOEING COMPANY,** | ) | |
| **Intervening Defendant.** | ) | |

**DEFENDANT'S MOTION UPON BEHALF OF THE UNITED STATES AND INTERVENING DEFENDANT, THE BOEING COMPANY, FOR A TWO DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR DISCOVERY AND TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant, the United States, upon behalf of the two defendants in this matter, the United States and the Boeing Company, respectfully request a two day enlargement of time, to and including July 18, 2008, in which to file their opposition and responses to plaintiff, Alabama Aircraft Industries, Inc. Birmingham's motion to supplement the administrative record and discovery. Pursuant to the Court's July 3, 2008 order, our responses to plaintiff's motion to supplement the administrative record are due on July 16, 2008. This is the defendants' first request for an enlargement of time for this purpose. Counsel for the United States has discussed this motion with plaintiff's counsel, and he does not concur with our request for this brief enlargement of time.

This request for an additional two days within which to file our response and opposition briefs is necessary because we did not receive copies of plaintiff's motions and their attachments

until late Sunday evening from plaintiff's counsel directly. Although this case is designated an electronic filing case pursuant to the Court's CM/ECF system, that system was apparently down over the weekend, and neither of the defendants could access the Court's CM/ECF site to download the files.[1] Thus, each defendant effectively lost two of the available days it had to work upon a response.

Moreover, while plaintiff's motions do not appear to contain any surprises, the United States stills needs the time originally allotted to it by the Court's July 3, 2008 order to send plaintiff's filings to agency counsel in Washington and Oklahoma City for their review and comment.[2] The time allotted by the Court's original order also ensured that counsel for each defendant would have sufficient time to devote the attention and time needed to properly evaluate the briefs filed by plaintiff, to prepare their responses, and for the United States to obtain supervisory review so that the Government's response and opposition would be finalized and filed with the Court by the original filing date of July 16, 2008. Thus, because of the CM/ECF system access problem this weekend, defendants also have effectively lost two days in the drafting and review process as well.

For these reasons, we respectfully request the Court to grant our opposed motion for an enlargement of time of two days, to and including July 18, 2008, within which to file our response and opposition to plaintiff's motion to supplement the record and for discovery.

---

[1] Counsel for the United States called the Court's CM/ECF Help Desk on Monday and was told that the system was restored that morning.

[2] The Air Force's comments are critical to our completing our response and opposition for filing with the Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

MAJ CHRISTOPHER L. McMAHON
Air Force Legal Operations Agency
Arlington, Virginia

KENNETH C. KITZMILLER
Tinker Air Force Base Legal Office
Oklahoma City, Oklahoma

July 14, 2008

**CERTIFICATE OF FILING**

I hereby certify that on July 14, 2008, a copy of the foregoing "**DEFENDANT'S MOTION UPON BEHALF OF THE UNITED STATES AND INTERVENING DEFENDANT, THE BOEING COMPANY, FOR A TWO DAY ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR DISCOVERY AND TO SUPPLEMENT THE ADMINISTRATIVE RECORD**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle