**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Defendant-Intervenor.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on July 15, 2008** |

**PLAINTIFF ALABAMA AIRCRAFT INDUSTRIES, INC. -- BIRMINGHAM'S RESPONSE TO DEFENDANT UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS FOR DISCOVERY AND TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

In light of further discussions between counsel, Plaintiff Alabama Aircraft Industries, Inc. – Birmingham ("AAII") does not oppose the Motion for Enlargement of Time filed by Defendant United States ("Air Force") on July 14, 2008. Defendant's counsel has assured Plaintiff's counsel that, beginning immediately, the Air Force will undertake to pull together the materials sought in AAII's Motions for Discovery and to Supplement the Administrative Record so that, if the Court grants AAII's motions, the Air Force will be in the position to produce responsive materials promptly and, further, to cooperate in whatever other discovery is authorized by the Court.



DC\1119753.2

These assurances by Defendant's counsel are appreciated in light of the tight schedule in this case. Under the Air Force's Motion for Enlargement of Time, the responses of the Air Force and Defendant-Intervenor the Boeing Company to AAII's Motions for Discovery and to Supplement the Administrative Record will be due on July 18 – which is just ten calendar days before the deadline of July 28 for AAII's Motion for Judgment on the Administrative Record and Supporting Brief. AAII trusts that, with the cooperation of counsel and involvement by the Court as appropriate, all parties will have a full opportunity to present their positions consistent with the need for expedited action in this case.

Dated: July 15, 2008

Respectfully Submitted,

s/ David R. Hazelton_
David R. Hazelton (Counsel of Record)
Roger S. Goldman
Kyle R. Jefcoat
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Roger.Goldman@lw.com
Kyle.Jefcoat@lw.com

Attorneys for Plaintiff Alabama
Aircraft Industries, Inc. – Birmingham