IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 15, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is defendant's unopposed motion for an enlargement of time of two days to respond to plaintiff's motions for discovery and to supplement the administrative record.

For good cause shown, defendant's motion is GRANTED. Defendant's and intervening defendant's responses to plaintiff's motions shall be due on July 18, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge