IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 22, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is plaintiff's Motion for a Limited Exception to Protective Order, filed July 21, 2008. Plaintiff seeks full access to and disclosure of Boeing's Motion to Dismiss, Boeing's Memorandum in Support of Motion to Dismiss, and the exhibits thereto, all filed July 18, 2008. Boeing's counsel does not oppose plaintiff's request.

For good cause shown, plaintiff's motion is GRANTED. Boeing's motion, memorandum, and exhibits may be disclosed, in their entirety, to Alabama Aircraft.

It is so ORDERED.

s/ Charles F. Lettow
Judge