IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 29, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is intervenor The Boeing Company's Motion to Amend Docket Entry No. 56. Boeing requests that the court modify the description accompanying docket entry number 56 to remove information which it believes to be protected.

For good cause shown, the motion is GRANTED. The docket text has been modified accordingly.

It is so ORDERED.

s/ Charles F. Lettow
Judge