IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: July 30, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

SCHEDULING ORDER

The court will hold a closed hearing in this case on July 31, 2008, commencing at 9:30 a.m. at the National Courts Building, regarding proposed redactions to the Opinion and Order issued July 25, 2008. The particular courtroom to be used will be listed in the lobby of the courthouse on the day of the proceeding.

It is so ORDERED.

s/ Charles F. Lettow
Judge