# EXHIBIT 1

# Boeing Statement Regarding Finalization of Settlement with Justice Department

**CHICAGO, June 30, 2006** -- Boeing and the Justice Department have finalized an agreement that settles investigations by U.S. Attorneys in Virginia and California related to the improper hiring of a former Air Force acquisition official and the mishandling of a competitor's proprietary data on the EELV program. The agreement reflects all of the key provisions of the tentative settlement announced on May 15.

Boeing Chairman, President and CEO W. James McNerney issued the following statement regarding the final settlement with Justice.

"As we said when we announced the tentative agreement, Boeing accepts responsibility for the conduct of its former employees and is committed to operating to the highest ethical standards as we move forward. We have put in place an ethics and compliance program that is as rigorous as any that exist in industry today, and we will continuously refresh and improve our program as we do all of our business practices. It is our goal to make Boeing as well known for ethics and compliance as it is for the quality of its products and technologies. We want to make ethics and compliance a competitive advantage, and we are confident that we will achieve that goal."

###

**CONTACT INFO:**

**Tim Neale**
(312) 544-2002

Site Terms | Privacy Policy | Contact Us | FAQ
Copyright © 1995 - 2008 Boeing. All Rights Reserved.

# EXHIBIT 2

# Boeing Statement Regarding Tentative Settlement with Justice Department

**CHICAGO, May 15, 2006** -- Doug Bain, Boeing senior vice president, Law, today issued the following statement:

"Boeing and the Department of Justice have reached a tentative settlement of investigations by U.S. Attorneys in Virginia and California regarding the Darleen Druyun and EELV matters. Under the agreement, Boeing will pay $565 million to resolve potential civil claims and a monetary penalty of $50 million. Boeing will accept responsibility for the conduct of its employees and make additional commitments regarding ongoing compliance. No charges will be filed. The agreement is expected to be signed in the next few weeks."

###

CONTACT INFO:

| | |
|---|---|
| **John Dern**<br>office: (312) 544-2002 | **Tim Neale**<br>office: (312) 544-2002 |

Site Terms | Privacy Policy | Contact Us | FAQ

**Copyright © 1995 - 2006 Boeing. All Rights Reserved.**