IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 1, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is defendant's Unopposed Motion for an Enlargement of Time, filed August 1, 2008. Defendant requests a four day enlargement of time, from August 1, 2008 to August 5, 2008, in which to file its memorandum regarding the potential waiver of its attorney-client privilege and work product protections.

For good cause shown, the motion is GRANTED. Defendant shall file its memorandum on or before August 5, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge