**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Intervening Defendant.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on August 7, 2008** |

**PLAINTIFF ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM'S MOTION AND MEMORANDUM ON ISSUE IDENTIFIED IN THE COURT'S JULY 25 OPINION AND ORDER**

Plaintiff Alabama Aircraft Industries, Inc. – Birmingham ("AAII") moves the Court to accept this brief memorandum to address an issue identified in the Court's Opinion and Order dated July 25, 2008. At page 18, the July 25 Opinion and Order states:

> Alabama Aircraft's allegations about an increase in the Air Force's requirements for contract PDM due to a shortfall in Tinker Air Force Base's maintenance capability were made on the record of the proceedings before GAO, *see* AR Tabs 74, 90, although the court has not been able to find any place in the administrative record where powerpoint slides or other documentary materials from the meeting relating to the air base's capability are located. (Emphasis added).

The administrative record ("AR") in this case includes materials from a detailed briefing provided by the Air Force's KC-135 PDM Standardization Working Group at the Program Management Review ("PMR") meetings on March 11-13, 2008 at Tinker Air Force Base

("Tinker"). On each page of the briefing materials, there are three slides on the left side of the page with room for notes on the right side of the page. See AR, Tab 74-23 - 74-41. The slides on several pages include four charts. Id. at 74-26 – 74-28. Because each page of the handout contains three slides and each slide contains up to four charts, the size of the individual chart is only about one inch high and one and half wide. The result is that the individual charts are extremely difficult to read.

Beginning on the last slide on the fourth page of these briefing materials (id. at 74-25, third slide), the Air Force Working Group addressed the growing problem of "Major Structural Repairs (MSRs)" with KC-135 PDM. They identified three categories of MSRs: Category 1 under which "flow should not be impacted," Category 2 under which "flow may be impacted," and Category 3 under which "flow is impacted." Id. at 74-26, first slide. Flow refers to the amount of time required to perform PDM on an individual aircraft. See Exhibit ("Ex.") A, Declaration of Jim Tuck ("Tuck Decl.") at ¶ 3. As the flow goes up, the longer each aircraft must remain at the facility and therefore the total number of aircraft that can be serviced with available resources goes down.

Significantly, while the number of Category 1 MSRs consistently have gone down in recent years, and the number of Category 2 MSRs have remained relatively stable, there has been a dramatic increase in Category 3 MSRs at Tinker. AR, Tab 74-26, third slide.[1] According to the Air Force's briefing materials, Tinker experienced only one Category 3 MSR in fiscal year ("FY") 2004 and none in FY05. Id. However, in both FY06 and FY07, Tinker had five Category 3 MSRs. Id. This substantial increase in Category 3 MSRs reflects the reality, which the Air Force discussed at considerable length in an internal memorandum, that the amount of

---

1 For ease of reference, an enlarged version of this slide is set forth at Ex. C.

serious repairs -- and the time required for maintenance -- would increase with the aging of the KC-135 fleet. See AR, Tab 46.55B-37, Talking Paper on C/KC 135 PDM Recompetition Source Selection. In that memorandum, the Air Force explained that there would be an "[u]pward trend in size and complexity of KC-135 PDM." Id. In addition, the Air Force stated that because of aging aircraft the KC-135 PDM "Workload [is] projected to drive manhours per aircraft from 26,000 to 44,000 by 2012." Id. Moreover, the Air Force acknowledged that even if Tinker increased its efficiency and capabilities the aging fleet might prevent any improvement in the actual quantities of planes that Tinker could service: "Increase in Tinker capacity will be partially offset by increases in scope of work driven by Aging aircraft issues." Id.

During the March 11-13 briefing, the Air Force's KC-135 PDM Working Group explained that Tinker planned to increase its PDM capacity. See Ex. A, Tuck Decl. at ¶ 3. However, due to the increased number of Category 3 MSRs and other factors, the volume of KC-135 aircraft processed by Tinker had not increased nearly as much as hoped. Id. The volume of KC-135 aircraft at Tinker was 45 in FY04, 44 in FY05, 49 in FY06 and 50 in FY07. Ex. C.

The Air Force representatives explained that, although Tinker AFB had a goal of 60 aircraft per FY, "they have realized due to the on going [sic] MSR defeats they will only be able to do a max of 48 per FY." See Ex. B, Email dated March 12, 2008, from Jim Tuck of AAII, providing notes from Air Force Briefing. "Currently Tinker's performance can not meet AAIP [Aircraft Availability Improvement Plan] goals." Id. Indeed, at the briefing, the Air Force indicated that Tinker might be limited to performing PDM on as few as 36 aircraft per year. See Ex. A, Tuck Decl. at ¶ 5.

In an effort to address this shortfall, "Tinker's correction plan is to:

> "[D]esign, obtain funding, and install three (3) new hangar doors for its facility to ease PDM flow[;]"

> "[D]esign, obtain funding, and build a new hangar to house an additional four (4) aircraft undergoing KC-135 PDM."

See Ex. A, Tuck Decl. at ¶ 6. However, these measures to correct this shortfall will take significant time to implement, since the Air Force has not designed or obtained any funding for these improvements. Moreover, these proposed improvements again indicate the Boeing team's involvement with the KC-135 PDM program generally and potential access to nonpublic information.[2] For instance, one of the proposed improvements to Tinker's capacity revolves around installing new hangar doors – this is precisely one of the areas that L3 Communications ("L3") was providing consulting to the Air Force: "KC-135 West Side Door Design and Construction." AR, Tab 86-68 (Boeing's Oct. 29, 2007 Comments on AR, Declaration of Mark B. Blair, Ex. 1, L3's Statement of Work).[3]

Not only do the materials distributed and statements made at the Air Force's March 2008 briefing on the KC-135 PDM program document the shortfall in Tinker's KC-135 PDM capacity but also, the Air Force's actions following the March 2008 briefing further reflect the Tinker shortfall. On July 23, 2008, Boeing provided to AAII an updated "KC-135 Programmed Depot Maintenance Schedule" on behalf of the Air Force. See Ex. D. Prior to this update, AAII had been scheduled to receive one KC-135 per month in July, August and September. See Ex. A, Tuck Decl. at ¶ 9. However, as a result of the Air Force's July 23 schedule update, AAII was allocated an additional aircraft for PDM in July, two additional aircraft for August, and two more additional aircraft for September. Id. Thus, for the three-month period of July through

---

2 Boeing's involvement and close ties with the KC-135 PDM Program generally are also reflected in Mr. Tuck's notes: "Jerry Dunmire (Boeing) is now working with DLA (Dave Hughes) to look at KC-135 items and to develop a procurement plan for correction with Boeing help." Ex. B.

3 The statement of work indicates that this particular task regarding a door was to be completed in December 2006, however, L3 continues to work on the "KC135 BU [Business Unit] Plan, Cell Design & Implementation" through November, 2009. See id.

September 2008, the Air Force increased AAII's share of the KC-135 PDM from three to eight aircraft (an increase of over 150 percent). AAII understands that Boeing's share of KC-135 PDM was also increased for this period. Id.

AAII hopes that this submission helps to address the issue raised by the Court regarding the shortfall in Tinker's capacity to perform KC-135 PDM.

Dated: August 7, 2008

Respectfully Submitted,

s/ David R. Hazelton
David R. Hazelton (Counsel of Record)
Roger S. Goldman
Kyle R. Jefcoat
LATHAM & WATKINS LLP
555 11th St., N.W., Suite 1000
Washington, D.C. 20004-1304
Direct Dial: (202) 637-2254
Facsimile: (202) 637-2201
David.Hazelton@lw.com
Roger.Goldman@lw.com
Kyle.Jefcoat@lw.com

Attorneys for Plaintiff Alabama
Aircraft Industries, Inc. – Birmingham

Of Counsel:

Benjamin Wei
Andrew Stein
Shiva Aminian
LATHAM & WATKINS LLP