# Exhibit A

**DECLARATION OF JIM TUCK**

I, Jim Tuck, hereby make this declaration based on personal firsthand knowledge. I am over the age of 18 and, if called as a witness, I am competent to testify to the facts herein.

1. I work for Alabama Aircraft Industries Inc. – Birmingham ("AAII") as the Manager of Technical Services. I have worked on KC-135 Program Depot Maintenance ("PDM") since 1984. One of my responsibilities as Manager of Technical Services is to attend Program Management Review ("PMR") briefings regarding the performance of KC-135 PDM.

2. In particular, I attended the PMR briefings held at Tinker Air Force Base ("Tinker") in Oklahoma City on March 11-13, 2008. During the briefings I took notes and promptly transferred those notes to an email that I sent to one of my colleagues at AAII, Tim Walker, Director of Business Development. A copy of that email sent on March 12, 2008 is attached hereto as Exhibit B.

3. At the PMR Briefing, Department of Air Force ("Air Force") officials discussed the goals for Tinker's performance of "organic" PDM. They stated that the Air Force had projected an ability to perform KC-135 PDM on sixty (60) aircraft per year with sixteen (16) aircraft undergoing PDM at a time. They also stated that the Air Force hoped to perform PDM in an average of one hundred (100) flow days. Flow days are the number of days it takes to complete PDM per aircraft.

4. One of the issues discussed at the PMR was the increase in the quantity of Major Structural Repair ("MSR") defects which Tinker was experiencing. Specifically at the March 13 PDM Standardization Working Group ("PSWG") briefing, the Air Force discussed in detail the rise in Category 3 MSRs. The slides from the PSWG briefing show the quantity of MSRs performed per facility. See Exhibit C at 5 (Attached as Exhibit 11 to AAII's GAO March 21

Supplemental Protest). Of particular significance is the increase in Category 3 MSRs. The Air Force defines Category 3 MSRs as the most significant problems which require "jacking of aircraft" and which impact the flow of aircraft through the facility. In FY04, Tinker experienced only one Category 3 MSR. In FY05, Tinker encountered zero Category 3 MSRs. However, in both FY06 and FY07, Tinker AFB had to cope with 5 Category 3 MSRs. Id.

5. The Air Force representatives explained that the increase in MSRs was affecting Tinker's ability to meet its stated goals. In particular, they stated that Tinker would only be able to perform PDM on a maximum of forty-eight (48) aircraft per year rather than the goal of sixty (60) per year. Indeed, the Air Force officials stated during a presentation that Tinker might be able to induct as few as thirty-six (36) aircraft per year. In addition, at the PMR briefing, the Air Force officials stated that Tinker would not be able to meet the Air Force's Aircraft Availability Improvement Plan ("AAIP") goals.

6. They also discussed what steps would be necessary for Tinker to meet its AAIP goals including the sixty (60) aircraft per year goal. They explained that the Air Force needed to (a) design, obtain, funding, and install three (3) new hangar doors for its facility to ease PDM flow; and (b) design, obtain funding, and build a new hangar to house an additional four (4) aircraft undergoing KC-135 PDM.

7. Based on the statements of the Air Force representatives regarding Tinker's limitations, I understood that there would likely be an increase in aircraft being sent to contractors for PDM. If the Air Force cannot perform necessary PDM work in-house, then the Air Force sends those aircraft to contractors to perform the PDM work. The increased incidents of MSRs, Tinker's limitations on quantities of aircraft undergoing PDM, and the long time

needed for improvements at Tinker made clear that the Air Force would be sending more aircraft to contractors in the future.

8. In addition, the Air Force representatives discussed future plans for the size of the KC-135 fleet. They explained that the Air Force planned to retire 38 KC-135E model aircraft in fiscal year 2009 – contingent upon the resolution of the bid protest against the award of the KC-45 contract for replacing the KC-135. Without the retirement of these KC-135E aircraft, the numbers of planes subject to PDM by the contractor would necessarily have to increase.

9. Furthermore, AAII has recently seen an increase in the quantity of aircraft sent for contractor PDM. On July 23, 2008, the Boeing, the prime contractor on the Bridge Contract, provided AAII with the Air Force's new induction schedule for KC-135 PDM to be performed by AAII for the three month period of July, August, and September 2008. See Ex. D, FY08 KC-135 PDM Maintenance Schedule, revised 23 July 2008. The new schedule provided that, during this three-month period, five additional aircraft were being sent to AAII for PDM. The new schedule added one additional KC-135 aircraft in July for PDM by AAII and two additional aircraft in both August and September. From my discussions with Air Force and Boeing officials, I understand that additional aircraft have also been scheduled for induction by Boeing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 7th day of August 2008.

Jim Tuck
07 Aug 08
Jim Tuck



DC\1125541.3