# Exhibit B

---

**From:** Jim Tuck [mailto:Jim.Tuck@alabamaaircraft.com]
**Sent:** Wednesday, March 12, 2008 2:47 PM
**To:** Tim (Bus Development) Walker
**Subject:** March 08 KC-135 PMR Notes

March 08 KC-135 PMR Notes (jft)

Currently there are 75 KC-135 in depot status

Tinker reports current PDM average flow days is 177

Tinker reported PDM Cost
FY 07 was 8.2 million per copy
FY 08 projected cost is 5.6 million per copy

Tinker PDM goal
60 KC-135 per FY
16 in flow at a time
Average flow days of 100

However they have realized due to the on going MSR defects they will only be able to do a max of 48 per FY

Currently Tinker's performance can not meet AAIP goals
Tinker's correction plan is to:
Design obtain funding and install (3) new hangar door in building 3001 for ease of PDM Flow
Design obtain funding and build a new hangar to house (4) each KC-135 PDM aircraft
They believe this will allow them to meet the AAIP goal and deliver 60 KC-135 per FY

SPO reports current PDM for average flow days at contractors sites is 206

E model Retirement
29 FY 07 approved and in the desert
47 FY 08 approved in transit to the desert
38 FY 09 approvals is contingent upon KC-45 award protest

Block 45 upgrade is ready to move forward

4 and 8 year PDM

Projected hours is 5000 to 10000 hours for a 4 year PDM
Projected flow days is 23
Projected cost saving 74 to 124 million per FY

GO81 replacement system is CAV AF this system has been modified and programs written to allow interface and batch uploads for Boeing KC-135 Gold supply chain system.

DLA

28000 line items over 180 days late on procurement

They have $1.2 Billion parts on contract/ $255 million of this is KC-135 parts

Jerry Dunmire (Boeing) is now working with DLA (Dave Huguet) to look at KC-135 items and to devlop a procurement plan for correction with Boeing help

DLA is adding more Boeing sole source item

DLA is look at contracting Boeing for a KC-135 parts kitting project

Flight Control Project

Most all item has now been sole source and put on contract to Boeing