# Exhibit C

# MSR Totals by Category FY07 and 08 in Work

(FY08 data not available from Contract Sites)










