# Exhibit D

**Boeing Support Systems (BSS)**
**San Antonio & Birmingham (Bridge Contract)**
**KC-135 Programmed Depot Maintenance Schedule**
**FY08**

**REV 11, 23 JUL 08**

For GATM Installed A/C, please refer to the following website: https://www.my.af.mil/gcss-af/USAF/AFP40/Attachment/20070319/GATM%26MPR135s.xls

Note: Heavy dotted line denotes revision changes. Details of revision changes recorded on tab titled "Revision Description" of this workbook.

| Line Item | Serial Number | CMD | MDS | Current Base | PCN | Date Scheduled In | 66 Month Grounding Date | 72 Month Grounding Date | Scheduled Completion Date | E&I Date | SOR Installation | REWIRE 2/3 | PRKBRKS | WHEELS | ACI | REWIRE 4/5/6 | HICORR | LATRINE MOD | STRUTS | KCT TAIL CONE ASS'Y | FUEL CELL BACKING BOARDS | OTHER | FLOW DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G-01 | 60-0346 | AFRC | KCT | Selfridge | ZADAHV | 3-Dec-07 | 18-Jun-13 | 17-Dec-13 | 11-Jul-08 | 27-Jun-08 | BIRMINGHAM | | X | X | | | | | | X | X | | 220 |
| G-02 | 63-8000 | AMC | KCR | McConnell | AADZZE | 9-Jan-08 | 30-Mar-08 | 28-Sep-08 | 15-Aug-08 | 2-Aug-08 | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-03 | 63-8004 | ANG | KCR | Forbes | BADZVQ | 31-Mar-08 | 16-Sep-08 | 17-Mar-09 | 5-Nov-08 | 23-Oct-08 | BIRMINGHAM | | X | X | | | | | | | X | | 220 |
| G-04 | 62-3571 | ANG | KCR | Eielson | BADZVQ | 28-Apr-08 | 26-Jan-08 | 26-Jul-08 | 3-Dec-08 | | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-05 | 57-2598 | AFRC | KCR | March | ZADZVS | 9-Jun-08 | 19-Jun-08 | 18-Dec-08 | 14-Jan-09 | | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-06 | 63-8007 | ANG | KCR | Birmingham | BADZVQ | 9-Jul-08 | 27-May-08 | 25-Nov-08 | 13-Feb-09 | | BIRMINGHAM | | X | X | | | | | | | X | | 220 |
| G-07 | 60-0343 | AMC | KCT | McConnell | AADZYR | 28-Jul-08 | 18-May-08 | 16-Nov-08 | 4-Mar-09 | | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-08 | 58-0038 | AFRC | KCR | Seymour | ZADZVS | 11-Aug-08 | 27-Aug-08 | 25-Feb-09 | 18-Mar-09 | | BIRMINGHAM | | X | X | | | | | | | X | | 220 |
| G-09 | 58-0059 | ANG | KCR | Meridian | BADZVQ | 15-Aug-08 | 24-Jun-08 | 23-Dec-08 | 22-Mar-09 | | BIRMINGHAM | | X | X | | | | | | | X | | 220 |
| G-10 | 59-1523 | ANG | KCT | Pittsburgh | BADAAH | 25-Aug-08 | 11-Dec-08 | 11-Jun-09 | 1-Apr-09 | | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-11 | 63-7976 | AMC | KCR | Altus / Grand Forks | AADZZE | 8-Sep-08 | 30-Jul-08 | 28-Jan-09 | 15-Apr-09 | | BIRMINGHAM | | X | X | | | | | | | X | G | 220 |
| G-12 | 63-8872 | ANG | KCR | Bangor | BADZVQ | 22-Sep-08 | 27-Jan-09 | 28-Jul-09 | 29-Apr-09 | | BIRMINGHAM | | X | X | | | | | | | X | | 220 |
| G-13 | 63-7992 | ANG | KCR | Rickenbacker | BADZVQ | 26-Sep-08 | 19-Aug-08 | 17-Feb-09 | 3-May-09 | | BIRMINGHAM | | X | X | | | | | | | X | | 220 |

Note: Details of revision changes recorded on tab titled "Revision Description" of this workbook.