**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. | |
| *Plaintiff,* | |
| v. | **No. 08-470** |
| | **Judge Charles F. Lettow** |
| THE UNITED STATES OF AMERICA, | |
| *Defendant, and* | **Electronically Filed on August 12, 2008** |
| THE BOEING COMPANY, | |
| *Intervening Defendant.* | |

**NOTICE OF INTENT TO REQUEST REDACTION OF JULY 31, 2008 TRANSCRIPT**

Pursuant to the Court's Notice of Filing of Official Transcript of August 5, 2008, The Boeing Company (Boeing) hereby respectfully notifies the Court of its intent to request redaction of the July 31, 2008 transcript. Upon leave from the Court, Boeing will submit its proposed redactions within the allotted timeframe.

Respectfully submitted,

Paul F. Khoury by Kara Sacilotto

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Counsel of Record for Intervenor,
The Boeing Company

Of Counsel:
Rand L. Allen
Scott M. McCaleb
Kara M. Sacilotto
Nicole P. Wishart
Heidi L. Bourgeois
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7000

Dated: August 12, 2008