**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**THE BOEING COMPANY**

**Defendant-Intervenor.**

**Civil Action No. 08-470C**

**(Judge Lettow)**

**Electronically Filed on August 14, 2008**

**MOTION OF PLAINTIFF ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM FOR A LIMITED EXCEPTION TO PROTECTIVE ORDER**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims and Paragraph 14 of the Protective Order effective in this case, Plaintiff Alabama Aircraft Industries, Inc.-Birmingham ("AAII") respectfully moves this Court to enter the attached Order permitting disclosure to AAII of the Attached Redacted Version of the Motion to Dismiss, see Exhibit 1, and the unredacted Appendix of Defendant The United States ("Defendant"). .

On August 11, 2008 (Monday of this week), Defendant filed "Under Seal" a Motion to Dismiss, which alleges that Plaintiff AAII is not an interested party under 28 U.S.C. § 1491(b)(1) because it is not an actual or prospective bidder with the requisite direct economic interest in the subject procurement. To date, Defendant has not made any agency determination asserting that AAII does not qualify as an interested party with standing to protest. Indeed, on July 8, 2008,

AAII's counsel provided Defendant's counsel with documentation that the name change from Pemco Aeroplex, Inc. to AAII--which underlies Defendant's Motion to Dismiss--involved simply the formality of a change of name filing with no affect on officers, employees, facilities, etc. See Exhibit 2.

Because Defendant's Motion to Dismiss was filed "Under Seal," Plaintiff's counsel currently cannot show Defendant's Motion to AAII as is necessary for AAII to refute the factual allegations made by Defendant's counsel. AAII therefore requests that the Court issue an order allowing for the immediate disclosure of Defendant's Motion to Dismiss in its entirety to AAII. Counsel for Intervenor the Boeing Company and Defendant have indicated that they do not oppose AAII's request.

WHEREFORE, the AAII respectfully request that this Motion be granted, and that the Protective Order effective in this case be modified to permit immediate disclosure to AAII of the redacted version of Defendant's Motion to Dismiss with the unredacted Appendix.

Dated: August 14, 2008

Respectfully Submitted,

/s/ David R. Hazelton
David Hazelton
Roger Goldman
Kyle Jefcoat
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Alabama Aircraft Industries, Inc. - Birmingham

Of Counsel:
Benjamin Wei
Andrew Stein
Shiva Aminian