**From:** Hazelton, David (DC)
**Sent:** Tuesday, July 08, 2008 1:47 PM
**To:** Douglas K. Mickle (douglas.mickle@usdoj.gov)
**Cc:** Goldman, Roger (DC)
**Subject:** AAII-Birmingham v. US, COFC No. 08-470

**Attachments:** Name Change Docs.pdf

Name Change Docs.pdf (168 KB)

Doug,

I wanted to briefly follow up on an issue you brought up on the phone regarding AAII-Birmingham's standing. AAII-Birmingham is simply a name change from Pemco Aeroplex, Inc. Attached is the name change documents filed with and approved by the Alabama Secretary of State. Nothing in the name change affected the facilities, officers, employees or past performance references of Pemco Aeroplex, Inc./AAII-Birmingham. While you can proceed as you see fit, we know of no good faith basis for you to challenge AAII-Birmingham's standing in light of this name change.

I also wanted to follow up on the emails that Roger and I have sent regarding the need for discovery and to supplement the record. Please call at your earliest convenience to discuss.

Sincerely,
David

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Direct Dial: +1.202.637.2254
Fax: +1.202.637.2201
Email: david.hazelton@lw.com
http://www.lw.com

# ARTICLES OF AMENDMENT
# TO THE
# ARTICLES OF INCORPORATION
# OF
# PEMCO AEROPLEX, INC.

COPY

Pursuant to the provisions of Section 10-2B-10.01 of the Code of Alabama 1975, the undersigned Corporation adopts the following Articles of Amendment to its Articles of Incorporation:

**FIRST**: The name of the Corporation is Pemco Aeroplex, Inc.

**SECOND**: This Amendment to the Articles of Incorporation of the corporation herein certified was duly adopted by this corporation's Board of Directors and approved by the corporation's shareholders in the manner prescribed by the Alabama Business Corporation Act.

The name of the Corporation is hereby changed to "ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM" by amending Article 1 of the Articles of Incorporation of the Corporation to read as follows:

1. The name of the Corporation shall be "ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM".

**THIRD**: All other provisions of the Articles of Incorporation of the Corporation shall remain in full force and effect.

**IN WITNESS WHEREOF,** Pemco Aeroplex, Inc. has caused this Articles of Amendment to the Articles of Incorporation to be signed by its duly authorized officer on this 26th day of November, 2007.

Ronald A. Aramini
Chief Executive Officer

20071212001877130 1/2
Bk: LR200717 Pg:24297
Jefferson County,Alabama
I certify this instrument filed on:
12/12/2007 05:23:30 PM PAMEND
Judge of Probate- Alan L. King

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Section 10-2B-4.02, **Code of Alabama 1975,** and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

**Alabama Aircraft Industries, Inc.- Birmingham**

This domestic corporation name is proposed to be incorporated in Jefferson County and is for the exclusive use of Doris Sewell, 1943 50th Street North, Birmingham, AL 35212 for a period of one hundred twenty days beginning November 29, 2007 and expiring March 29, 2008.

20071212001877130 2/2
Bk: LR200717 Pg:24297
Jefferson County,Alabama
12/12/2007 05:23:30 PM PAMEND
Fee - $11.00

Total of Fees and Taxes-$11.00
LINDA




**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

November 29, 2007

**Date**

**Beth Chapman** **Secretary of State**

**AFFIDAVIT**

**State of Alabama**
**County of Jefferson**

**BEFORE ME**, the undersigned Notary, Jacqueline L. Tindle *[name of Notary before whom affidavit is sworn]*, on this 28 *[day of month]* day of November *[month]*, 2007, personally appeared Doris K. Sewell *[name of affiant]*, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her *[his or her]* oath, deposes and says:

Alabama Aircraft Industries, Inc. is a Delaware corporation authorized to do business in the State of Alabama and located at 1943 50th Street North, Birmingham, Alabama 35212. Pemco Aeroplex, Inc., an Alabama corporation, is a wholly owned subsidiary of Alabama Aircraft Industries, Inc. and is located and doing business at 1943 50th Street North, Birmingham, Alabama 35212. Alabama Aircraft Industries, Inc. has determined it to be in the best interest of the company to change the name of Pemco Aeroplex, Inc. to **Alabama Aircraft Industries, Inc. – Birmingham** and applies to the State of Alabama hereby to effect such change immediately.

Doris K. Sewell
Alabama Aircraft Industries, Inc.
Vice President, Legal and Corporate Affairs

Subscribed and sworn to before me, this 28 *[day of month]* day of November *[month]*, 2007.

*[Notary Seal:]*

*[signature of Notary]*

Jacqueline L. Tindle
*[typed name of Notary]*
NOTARY PUBLIC
My commission expires: 2.4, 2008.