**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Defendant-Intervenor.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on August 14, 2008** |

**[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER**

Alabama Aircraft Industries, Inc. – Birmingham's Motion for a Limited Exception to the Protective Order is hereby GRANTED, and the redacted version of the Motion to Dismiss and the unredacted Appendix of Defendant The United States may be disclosed to AAII.

It is so ORDERED.

____________________________
Judge Charles F. Lettow