IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 14, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is plaintiff's Motion for a Limited Exception to Protective Order, filed August 14, 2008. Plaintiff seeks to disclose to its client unredacted versions of defendant's Motion to Dismiss and the accompanying appendix, filed August 11, 2008. Defendant and intervenor Boeing do not oppose plaintiff's request.

For good cause shown, plaintiff's motion is GRANTED. The government's motion and appendix may be disclosed, in their entirety, to Alabama Aircraft.

It is so ORDERED.

s/ Charles F. Lettow
Judge