IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 14, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

On August 12, 2008, intervenor, The Boeing Company, filed a notice with the court indicating its intent to request redaction of the transcript of the hearing held on July 31, 2008. However, because the hearing was closed, focusing in its entirety on protected information, the entire transcript should remain under seal.

It is so ORDERED.

s/ Charles F. Lettow
Judge