**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Defendant-Intervenor.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on August 14, 2008** |

**MOTION OF PLAINTIFF ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM FOR A LEAVE TO FILE ONE EXTENDED OPPOSITION**

Pursuant to Rule 5.3 of the Rules of the United States Court of Federal Claims, Plaintiff Alabama Aircraft Industries, Inc.-Birmingham ("AAII") respectfully moves this Court to enter the attached Order permitting AAII to file one fifty page opposition brief in response to the Motion for Judgment upon the Administrative Record with Appendix of Defendant The United States ("Defendant") and the Cross Motion for Judgment on the Administrative Record of Intervenor The Boeing Company ("Boeing") (collectively, the "Motions").

On August 11, 2008, Defendant and Boeing filed the Motions. AAII's response to both Motions is due on August 22, 2008. Rather than file two thirty page opposition briefs in response to the Motions, AAII seeks leave to file one fifty page brief, which will reduce the total

number of pages filed and allow AAII to efficiently address arguments that are duplicated between the Motions.

Counsel for Defendant and Boeing have indicated that they do not oppose AAII's request.

WHEREFORE, AAII respectfully request that this Motion be granted, and this Court permit AAII to file one fifty page opposition brief in response to the Motions.

Dated: August 14, 2008

Respectfully Submitted,

/s/ David R. Hazelton
David Hazelton
Roger Goldman
Kyle Jefcoat
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Alabama Aircraft Industries, Inc. - Birmingham

Of Counsel:
Benjamin Wei
Andrew Stein
Shiva Aminian