**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Defendant-Intervenor.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on August 14, 2008** |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE ONE EXTENDED OPPOSITION**

Alabama Aircraft Industries, Inc. – Birmingham's Motion for Leave to File One Extended Opposition is hereby GRANTED, and AAII may file one fifty page opposition brief in response to the Motion for Judgment upon the Administrative Record with Appendix of Defendant The United States and the Cross Motion for Judgment on the Administrative Record of Intervenor The Boeing Company, both filed on August 11, 2008.

.

It is so ORDERED.

________________________
Judge Charles F. Lettow