IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 14, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is plaintiff's Motion for Leave to File One Extended Opposition, filed August 14, 2008. Plaintiff seeks to file one fifty-page opposition brief in response to both defendant's and intervenor's separate Motions for Judgment on the Administrative Record, rather than filing two thirty-page opposition briefs responding to the motions. Defendant and intervenor Boeing do not oppose plaintiff's request.

For good cause shown, plaintiff's motion is GRANTED. Plaintiff may file one fifty-page opposition brief that responds to both defendant's and intervenor's Motions for Judgment on the Administrative Record.

It is so ORDERED.

s/ Charles F. Lettow
Judge