IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 14, 2008)

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, and | ) |
| THE BOEING COMPANY, | ) |
| Intervening Defendant. | ) |

ORDER

Pending before the court is defendant's Unopposed Motion to File Corrected Counter Statement of Facts, filed August 14, 2008. Defendant seeks to substitute a "corrected" counter-statement of facts in place of the counter-statement of facts filed on August 11, 2008, adding a missing citation to paragraph 114.

For good cause shown, defendant's motion is GRANTED. The corrected counter-statement of facts supplied as an attachment to the Motion to File shall be deemed filed as of today's date.

It is so ORDERED.

s/ Charles F. Lettow
Judge