IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 25, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is defendant's Unopposed Motion to Partially Waive the Requirement to File a Paper Copy of the Supplemental Record, filed August 21, 2008. Defendant seeks to waive the requirement of providing a courtesy paper copy of a portion of the supplemental record.

For good cause shown, defendant's motion is GRANTED. Defendant need not file a courtesy copy of Tabs 94.5, 94.6, and 94.7 of the supplemental record.

It is so ORDERED.

s/ Charles F. Lettow
Judge