**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **ALABAMA AIRCRAFT INDUSTRIES, INC.-BIRMINGHAM**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**THE BOEING COMPANY**<br><br>**Intervening Defendant.** | **Civil Action No. 08-470C**<br><br>**(Judge Lettow)**<br><br>**Electronically Filed on August 29, 2008** |

**MOTION OF PLAINTIFF ALABAMA AIRCRAFT INDUSTRIES, INC. – BIRMINGHAM TO TREAT FILING AS PROTECTED AND TO PLACE UNDER SEAL**

Pursuant to Paragraph 11 of the Protective Order issued on July 3, 2008, Plaintiff Alabama Aircraft Industries, Inc.-Birmingham ("AAII") respectfully moves that the Court treat as protected and place under seal AAII's Response to Defendant's Notice of Objection to Plaintiff's Motion and Memorandum on Issue Identified in the Court's July 25 Opinion and Order and Motion to Strike filed on August 28, 2008 ("AAII Response to Motion to Strike"). The AAII Response to Motion to Strike may contain protected information and in an abundance of caution, AAII therefore requests that the filing be treated as protected and placed under seal.

Dated: August 29, 2008

Respectfully Submitted,

/s/ David R. Hazelton
David Hazelton
Roger Goldman
Kyle Jefcoat
Latham & Watkins LLP
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Alabama Aircraft Industries, Inc. - Birmingham

Of Counsel:
Benjamin Wei
Andrew Stein
Shiva Aminian