IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: August 29, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

On August 28, 2008, plaintiff, Alabama Aircraft Industries, Inc.-Birmingham, filed a response (docket item 95) to defendant's motion to strike (docket item 86) a motion filed by plaintiff on August 7, 2008 (docket item 73). Plaintiff's response as filed yesterday was not submitted under seal. Now, plaintiff has filed a motion requesting that its response be sealed.

For good cause shown, plaintiff's motion to seal is GRANTED. The clerk is directed to seal plaintiff's response (docket item 95). However, in accord with the Protective Order entered in this case on July 3, 2008 and the Rules of the Court of Federal Claims, plaintiff must file a redacted version of their response.

It is so ORDERED.

s/ Charles F. Lettow
Judge