IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: September 2, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is defendant's Unopposed Motion to Correct the Administrative Record by Filing a Replacement Page. The defendant has filed a motion requesting page 93.1-1177 at tab 93, which was reproduced in truncated form as part of the administrative record, be replaced by a complete version of the page as attached to its motion.

For good cause shown, defendant's motion is GRANTED. The version of page 93.1-1117 currently in the administrative record is to be replaced by the replacement page attached to defendant's motion.

It is so ORDERED.

s/ Charles F. Lettow
Judge