IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: September 2, 2008)

| | |
|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, and | ) |
| THE BOEING COMPANY, | ) |
| Intervening Defendant. | ) |

SCHEDULING ORDER

The court will hold a telephonic status conference in this case on September 2, 2008, commencing at 4:00 p.m., regarding procedures to be adopted for the hearing on September 4, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge