**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **No. 08-470** |
| | ) | **Judge Charles F. Lettow** |
| THE UNITED STATES OF AMERICA, | ) | |
| *Defendant, and* | ) | **Electronically Filed on September 11, 2008** |
| THE BOEING COMPANY, | ) | |
| *Intervening Defendant.* | ) | |

**THE BOEING COMPANY'S MOTION TO MAINTAIN UNDER SEAL THE HEARING TRANSCRIPTS FROM SEPTEMBER 4, 2008 AND SEPTEMBER 5, 2008**

Pursuant to Appendix C of the Rules of the United States Court of Federal Claims (RCFC), and the Protective Order issued in the above-captioned case, The Boeing Company (Boeing) hereby respectfully moves this Court to maintain under seal the transcripts from the Hearing the Court held on September 4, 2008 and September 5, 2008. Boeing believes that both transcripts contain protected, proprietary, and confidential information pertaining to all parties in this matter and, thus, would require extensive redactions rendering the proposed public transcripts virtually meaningless.

Should the Court nevertheless decide to issue redacted copies of the Hearing transcripts, Boeing hereby respectfully notifies the Court of its intent to request redactions pursuant to the Court's Notice of Filing of Official Transcript of September 5,

2008. Upon leave from the Court, Boeing will submit its proposed redactions within the allotted timeframe.

Respectfully submitted,

s/Paul F. Khoury

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Counsel of Record for Intervenor,
The Boeing Company

Of counsel:
Rand L. Allen
Scott M. McCaleb
Kara M. Sacilotto
Nicole P. Wishart
Heidi L. Bourgeois
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
202.719.7000

Dated: September 11, 2008