**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| ALABAMA AIRCRAFT INDUSTRIES, INC. | ) | |
| *Plaintiff,* | ) | |
| v. | ) | **No. 08-470** |
| | ) | **Judge Charles F. Lettow** |
| THE UNITED STATES OF AMERICA, | ) | |
| *Defendant, and* | ) | |
| THE BOEING COMPANY, | ) | |
| *Intervening Defendant.* | ) | |

**PROPOSED ORDER**

Pending before the Court is The Boeing Company's Motion To Maintain Under Seal The Hearing Transcripts From September 4, 2008 And September 5, 2008 filed September 11, 2008. Having considered Boeing's Motion, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

________________________________

Judge Charles F. Lettow

Dated: