IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-470C

(Filed: September 12, 2008)

ALABAMA AIRCRAFT INDUSTRIES, INC. - BIRMINGHAM,

Plaintiff,

v.

UNITED STATES,

Defendant, and

THE BOEING COMPANY,

Intervening Defendant.

ORDER

Pending before the court is the intervening defendant's Motion to Maintain Under Seal the Hearing Transcripts from September 4 and 5, 2008, filed September 11, 2008. Intervening Defendant requests the court to maintain under seal the transcripts from those hearings to preserve the protected, proprietary, and confidential information of the parties that was disclosed.

For good cause shown, defendant's motion is GRANTED. In accordance with the protective order in this case and Appendix C of the Rules of the Court of Federal Claims, the hearing transcripts from September 4 and 5, 2008, shall remain under seal.

It is so ORDERED.

s/ Charles F. Lettow
Judge